IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLARA VINKOVICH,

    Plaintiff,

v.                                            CASE NO. 1:09-cv-00160-MP-AK

MAXIM HEALTHCARE SERVICES, INC.,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 20, Notice of Settlement. In the notice, the Plaintiff indicates that a settlement has been reached as to all claims. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The plaintiff's complaint is dismissed with prejudice and this case is closed, with each side to bear its own costs and fees.

2. The Court will retain jurisdiction for 30 days, however, to ensure that settlement is effected.

**DONE AND ORDERED** this  _2nd_  day of April, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge